UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD PATRICK CAMERON TRUST DATED
FEBRUARY 5, 1996 *and* RPC VENTURES, LLC,

                        Plaintiffs,

                          -v-                                                25 Civ. 8583 (PAE)

WARREN LAW GROUP, SCARINCI & HOLLENBECK,        ORDER
LLC, SCOTT J. OH, *and* CHRISTOPHER D. WARREN

                        Defendants.

---

PAUL A. ENGELMAYER, District Judge:

       On October 16, 2025, plaintiffs filed the Complaint in this case, asserting diversity of citizenship of the parties as the sole basis for federal jurisdiction. Dkt. 1 ¶ 9. On review, it appears to the Court that at least one defendant, Scarinci & Hollenbeck LLC ("Scarinci & Hollenbeck"), is a limited liability company. *See id.* ¶¶ 4–6 (alleging that defendant Warren Law Group is a corporation, but that it merged with and is succeeded by Scarinci & Hollenbeck, an LLC). The citizenship of an LLC is the citizenship of each of its members. Although the complaint alleges that Scarinci & Hollenbeck is a New Jersey LLC with a principal place of business in New York, the complaint does not also allege the citizenship of the LLC's members.

       To enable the Court to determine whether there is diversity of citizenship, plaintiffs must therefore file an amended complaint, which must allege (1) the citizenship of natural persons who are members of the LLC(s), and (2) the place of incorporation and principal place of business of any corporate entities that are members of the LLC(s). *See Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) (limited liability company has the citizenship of each of its members). If plaintiffs are unable to amend the

complaint to allege truthfully complete diversity based upon the citizenship of each constituent person or entity of the LLC(s), then the complaint will be dismissed, without prejudice, for want of subject matter jurisdiction. *See Curley v. Brignoli, Curley & Roberts Assocs.*, 915 F.2d 81, 83 (2d Cir. 1990) ("[S]ubject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power."). To enable the Court to determine whether there is diversity of citizenship, plaintiffs must therefore file an amended complaint.

Accordingly, in the interests of justice, the Court grants plaintiffs leave to amend the complaint under Federal Rule of Civil Procedure 15(a)(2) to allege the citizenships of all members of the LLC(s) in this case by October 27, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2025
       New York, New York