UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD PATRICK CAMERON TRUST DATED
FEBRUARY 5, 1996 *et al.*,

                        Plaintiffs,

-v-

WARREN LAW GROUP, LLP *et al.*,

                        Defendants.

25 Civ. 8583 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 18, 2025, defendants filed two motions to dismiss the first amended complaint under Federal Rule of Civil Procedure 12: the first by Warren Law Group, LLP, Warren Law Group, PLLC, Scott J. Oh, and Christopher D. Warren (collectively, the "WLG defendants"); and the second by Scarinci & Hollenbeck, LLC (the "Scarinci defendants"). Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any second amended complaint ("SAC") by January 16, 2026. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by February 6, 2026, the WLG and Scarinci defendants shall each: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on their previously filed motion to dismiss.[1]

---

[1] If the WLG or Scarinci defendants file new motion(s) to dismiss or rely on their previous motion(s), plaintiffs' opposition(s) will be due 14 days thereafter, and defendants' reply or replies, if any, will be due seven days after that.

It is further ORDERED that if no SAC is filed, plaintiffs shall serve any oppositions to the motions to dismiss by January 16, 2026.  Defendants' replies, if any, shall be served by January 23, 2026.  At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2025
       New York, New York