KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Brett A. Scher, Esq.**
bscher@kaufmandolowich.com

October 2, 2026

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court - SDNY
40 Foley Square, Room 2201
New York, NY 10007

***Re:*** ***Ronald Patrick Cameron Trust v. Warren Law Group, LLP***
***Case No. 25-cv-08583- PAE***

Dear Judge Engelmayer:

This firm represents defendants Christopher D. Warren, P.C., Warren Law Group, LLP, Warren Law Group, PLLC, Warren Law Group, Scott Oh and Christopher D. Warren ("WLG Defendants") in the above matter. This letter is sent on consent of all parties.

We write to request:

(a) the Court's approval of the parties' agreement extending the time for all defendants (both the WLG Defendants as well as Scarinci Hollenbeck, LLC ("SH")) to respond to the Second Amended Complaint from October 6, 2026 to October 20, 2026 (two weeks). SH seeks this brief extension because counsel for SH was on trial in the Superior Court of New Jersey, Essex County, in the matter of *DeBlasio v. Essex County*, ESX-L-5665-22, which finished on September 25, 2026. Counsel for SH needs additional time to meet with representatives from SH in order to properly respond to the remaining allegations in the Second Amended Complaint and assert all necessary separate defenses and other potential claims.;

(b) adjournment of the Initial Conference from October 23, 2026 to November 4, 5, 9, 10, or 12th. due to the fact that I will be on family vacation in Japan from October 16 – November 1, 2026.

This is the first request for an adjournment of the time to respond as well as the Initial Conference. All parties have consented to both requests.

We thank the Court for its consideration.

Respectfully submitted,
**Kaufman Dolowich LLP**

Digitally signed by: Brett A. Scher
DN: CN = Brett A. Scher email = bscher@kaufmandolowich.com C = US O = Kaufman Dolowich LLP
Date: 2026.10.02 12:17:49 -05'00'

Brett A. Scher

cc: All counsel of record (VIA ECF)

GRANTED. The defendants shall respond to the Second Amended Complaint by October 20, 2026. The telephonic initial pretrial conference is adjourned to November 5, 2026 at 11:30 am.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 5, 2026
New York, New York