UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD PATRICK CAMERON TRUST DATED FEBRUARY 5, 1996, *et al.*,

Plaintiff,

-v-

WARREN LAW GROUP, *et al.*,

Defendants.

25 Civ. 8583 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 16, 2026, this Court scheduled an initial pretrial conference on December 2, 2026 in error. Dkt. 70. The initial pretrial conference will take place on November 5, 2026 at 11:30 a.m. as previously scheduled. Dkt. 68.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2026
New York, New York